1   Eva Cano Gutierrez
2   P.O. Box 341
    Lancaster, CA 93584
3   661 445 2621
    ecg.ekg@icloud.com
4

**FILED**
Superior Court of California
County of Los Angeles

**MAR 18 2025**

David W. Slayton, Executive Officer/Clerk of Court

By: C. Grijalva, Deputy

5

6   SUPERIOR COURT OF THE STATE OF CALIFORNIA
7       COUNTY OF LOS ANGELES

8   Eva Cano Gutierrez        )   Case No. **25STCV07661**
9           Plaintiff,         )   Complaint
10                            )
        vs                    )
11  Debt Management and Collection)
        System,               )
12      Defendant,            )
13                            )
                              )
14                            )

15

16                  COMPLAINT

17

18      DEBT Management and Collection System, Defendant, was sold
19  or transferred Plaintiff student loan from 1997 without her
    acknowledgment. Plaintiff also discovered 2025 multiple consolidation
20  companies, bouncing the Plaintiff's student loan in order to gain
21  educational disbursements, amongst the consolidation companies is
    another consolidation company with an official OPEID# in order
22  to reclaim education funds and disbursers. Fraudulent, scheme, and never
23  authorized by Plaintiff.
24

25                          Date    3/18/X25
26
27                          Eva Cano Gutierrez
                            Plaintiff
28

DOCUMENT NAME (e.g., COMPLAINT FOR DAMAGES) - 1

**Exhibit 1**
**4**

From: **SOSDirect** SOSDirect@sos.texas.gov
Subject: **Good Morning, this is a Public Records Request for...**
Date: **Mar 6, 2025 at 6:57:04 AM**
To: ecg.ekg@icloud.com

Dear Sir or Madam,

This search was performed with the following search parameter:
**ENTITY NAME** : Debt Management and Collections System

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|--------------|------|-------------|---------------|-----------|-------------|
|      | 26739600 | COLLECTION MANAGEMENT SYSTEMS OF TEXAS, INCORPORATED | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
|      | 67412700 | COLLECTION MANAGEMENT SYSTEMS, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inacti |

Our records reflect no active or inactive listing for this entity as a corporation, limited liability company, and limited partnership, assumed name or foreign registration. Not all entities are filed with the Secretary of State. Sole Proprietorships and General Partnerships are filed at the County Clerk's office of the county in which they are located.

I hope you find this information helpful. If you need additional information about my response or have other questions, please don't hesitate to reply to this email. Thank you so very much for contacting the Texas Secretary of State.

Respectfully,

# Eva S.

Program Specialist 1 IBusiness and Public Filings
Office of the Texas Secretary of State
Phone: (512) 463-5555

1 of 5

**Exhibit 1**

5



**_NOTE_**: *Due to a high volume of filing activity and an increased demand for business services, the Secretary of State is experiencing delays in processing at this time. Thank you for your patience.*

You may now check status of your documents here: https://webservices.sos.state.tx.us/filing-status/status.aspx

Please send future e-mail requests to corpinfo@sos.texas.gov.  This is our general information e-mail address answered by multiple operators of which I am one.  If I am out unexpectedly, the reply to your request may be delayed.

**From:** ecg.ekg@icloud.com <ecg.ekg@icloud.com>
**Sent:** Wednesday, March 5, 2025 9:22 AM
**To:** SOSDirect <SOSDirect@sos.texas.gov>; coldacre@ci.greenville.tx.us
**Subject:** Good Morning, this is a Public Records Request for…

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

> the sellers permit, business license, if any exist and legal business entity name, ficticious business name , foreign registration/registered number, for;

03/18/2025

2 oₚ 5

**Exhibit 1**
6

Debt Management and Collections System
Default Resolution Group
PO Box 5609
Greenville, TX 75403
800-621-3115
https://urldefense.com/v3/__https://myeddebt.ed.gov/__;!!
FdxbSLw_6w!YPRPO68Sxcaz84XQTNdo3pFgTDN_q7XaY2jfDE-
S101wqsW22tQHYzooGgqBaKpoIaMHVe0QXOp7jtIoKZPCZw$


> 
> 
> Thank you kindly,
> 
> 
> Eva C. Gutierrez
> PO Box 341
> Lancaster, CA 93584
> (661)445-2621

**Exhibit 1**
**7**



**TEXAS PUBLIC INFORMATION ACT INFORMATION REQUEST FORM**

For guidance regarding your rights as a requestor and the public information procedures adopted by this governmental body, you may review the governmental body's notice required under section 552.205 of the Government Code. You can find additional Public Information Act resources on the Office of the Attorney General's website at http://www.texasattorneygeneral.gov/open-government.

**Requestor Contact Information**                                    Date:_____3/5/2025_____
First Name: Eva
                                                    Last Name: Gutierrez
Company/Organization:
Mailing Address: PO BOX 341
City: Lancaster                          State: CA                        Zip Code: 93584
E-mail Address: ecg.ekg@icloud.com                  Phone Number:
Preferred Manner of Written Communication: E-mail

**Description of the Information Requested**
(Note: Describe the information as precisely as you can.)

Public records request for the  business license, sellers permit and legal business entity
name, ficticious business name, foreign registration for the business name: Debt
Management and Collections System, Default Resolution Group, PO BOX 5609, Greenville,
TX 75403, 800-621-3115.

Date Range (optional): From 1/1/1996          to 3/4/2025

Under the Public Information Act, some categories of information do not have to be released. Exceptions to disclosure fall into two general categories: 1) mandatory exceptions that make information confidential and require a governmental body to withhold information, and 2) discretionary exceptions

03/18/2025

4 of 5

**Exhibit 1**
**8**



**Date Range (optional):** From: 1/1/1996 to: 3/4/2025

Under the Public Information Act, some categories of information do not have to be released. Exceptions to disclosure fall into two general categories: 1) mandatory exceptions that make information confidential and require a governmental body to withhold information, and 2) discretionary exceptions that allow but do not require a governmental body to withhold information. You may find information about mandatory and discretionary exceptions HERE.

In most instances, a governmental body is required to request a decision from the Attorney General in order to withhold information from a requestor. However, a requestor may permit a governmental body to redact information without requesting an Attorney General decision. You are not required to agree to the redaction of any information responsive to your request, but doing so may streamline the handling of your request. If you agree to redactions in this request, then you may request the redacted information in a future information request.

- Do you agree to the redaction of information that is subject to mandatory exceptions, provided such redactions are clearly labeled on the information you received? Yes
- Do you agree to the redaction of information that is subject to discretionary exceptions, provided such redactions are clearly labeled on the information you receive? Yes

**INFORMATION PREFERENCES:**

- How would you like to have the information provided? Copies
- If available, do you wish to receive an electronic copy of the information? Yes

**Please Note:** If the information requested is unclear or if a large amount of information is requested you may be contacted to discuss clarifying or narrowing your request. There may be charges associated with production of the requested information. You may find more information regarding the charges under the Public Information Act HERE.

Rev. 10/1/2019

Sent from my iPhone

03/18/2025

5 of 5



# DAUPHIN COUNTY



OFFICE OF OPEN RECORDS
2 SOUTH SECOND STREET
HARRISBURG, PA. 17101
(717) 780-6300
(717) 257-1604 FAX
openrecords@dauphincounty.gov

*BOARD OF COMMISSIONERS*
JUSTIN DOUGLAS, CHAIRMAN
MIKE PRIES, VICE CHAIRMAN
GEORGE P. HARTWICK, III, SECRETARY

*CHIEF CLERK/CHIEF OF STAFF*
ERIC HAGARTY

*OPEN RECORDS OFFICER*
VINCENT PAESE

March 12, 2025

**DELIVERED VIA E-MAIL ONLY**

Eva C. Gutierrez
PO Box 341
Lancaster, CA 93584
ecg.ekg@icloud.com

RE:     **RTKL Request received March 5, 2025 (Tracking # 2025-03-08)**

Ms. Gutierrez,

Thank you for your request for information from the County of Dauphin pursuant to the Pennsylvania Right-to-Know Law ("RTKL"), 65 P.S. §§ 67.101, et. seq. On March 5, 2025, the Dauphin County ("Agency") Office of Open Records received your RTKL request via email. This request is: *the sellers permit, business license, if any exist and legal business entity name, ficticious business name , foreign registration/registered number, for; Higher Ed Loan Auth of Mo (Form Navient).*

A search consistent with the specifications of your request was conducted by the Agency that returned zero (0) responsive records. The agency does not possess, control, and/or maintain any record responsive to your request. An agency shall not be required to create a record that does not currently exist. See 65 P.S. § 67.705.

Please be advised that this correspondence will serve to close this record with our office as permitted by law. If you choose to interpret the Agency's response as a denial, you have the right to appeal in writing to the Pennsylvania Office of Open Records, 333 Market Street, 16ᵗʰ Floor, Harrisburg, PA 17126, pursuant to 65 P.S. § 67.1101. If you choose to file an appeal, you must do so within 15 business days of the mailing date of the Agency's response. *Id.*

Sincerely,

Vincent Paese
Deputy Chief Clerk
Open Records Officer

**Exhibit 1**
**10**



# DAUPHIN COUNTY

OFFICE OF OPEN RECORDS
2 SOUTH SECOND STREET
HARRISBURG, PA. 17101
(717) 780-6300
(717) 257-1604 FAX
openrecords@dauphincounty.gov

**BOARD OF COMMISSIONERS**
JUSTIN DOUGLAS, CHAIRMAN
MIKE PRIES, VICE CHAIRMAN
GEORGE P. HARTWICK, III, SECRETARY

**CHIEF CLERK/CHIEF OF STAFF**
ERIC HAGARTY

**OPEN RECORDS OFFICER**
VINCENT PAESE

March 12, 2025

DELIVERED VIA E- MAIL ONLY

Eva C. Gutierrez
PO Box 341
Lancaster, CA 93584
ecg.ekg@icloud.com

**RE:     RTKL Request received March 5, 2025 (Tracking # 2025-03-07)**

Ms. Gutierrez,

Thank you for your request for information from the County of Dauphin pursuant to the Pennsylvania Right-to-Know Law ("RTKL"), 65 P.S. §§ 67.101, et. seq. On March 5, 2025, the Dauphin County ("Agency") Office of Open Records received your RTKL request via email. This request is: *the sellers permit, business license, if any exist and legal business entity name, ficticious business name , foreign registration/registered number, for; Pennsylvania Higher Educ. Asst. Agency.*

A search consistent with the specifications of your request was conducted by the Agency that returned zero (0) responsive records. The agency does not possess, control, and/or maintain any record responsive to your request. An agency shall not be required to create a record that does not currently exist. See 65 P.S. § 67.705.

Please be advised that this correspondence will serve to close this record with our office as permitted by law. If you choose to interpret the Agency's response as a denial, you have the right to appeal in writing to the Pennsylvania Office of Open Records, 333 Market Street, 16th Floor, Harrisburg, PA 17126, pursuant to 65 P.S. § 67.1101. If you choose to file an appeal, you must do so within 15 business days of the mailing date of the Agency's response. *Id.*

Sincerely,

Vincent Paese
Deputy Chief Clerk
Open Records Officer

**Exhibit 1**

**11**





10:06

6:57 96%

Login

## Ascendium Education Solutions, Inc. (5668218)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 04/20/2023 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | WISCONSIN |
| *Entity Type* | Nonprofit Corporation - Out of State |
| *Principal Address* | 38 BUTTONWOOD CT<br>MADISON, WI 53718 |
| *Mailing Address* | 38 BUTTONWOOD CT.<br>MADISON,WI53718 |
| *Statement of Info Due Date* | 04/30/2025 |
| *Agent* | 1505 Corporation<br>BUSINESS FILINGS INCORPORATED |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | AMANDA GARCIA<br>330 N BRAND BLVD, GLENDALE, CA<br><br>GABRIELA SANCHEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>DAISY MONTENEGRO<br>330 N BRAND BLVD, GLENDALE, CA<br><br>BEATRICE CASAREZ-BARRIENTEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>JESSIE GASTELUM<br>330 N BRAND BLVD, GLENDALE, CA |

03/18/2025

1 of 1

Search | California Secretary of State

## California
*Secretary of State*

Business    UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for* **corporations**, **limited liability companies** *and* **limited partnerships** *of record with the California Secretary of State, with* **free PDF copies** *of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are* **not contained** *in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable,* **remove "C"** *from the entity number. Note,* **a basic search** *will search* **only ACTIVE entities** *(Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the* **Advanced** *search feature.*

### Advanced Search

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

*An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

**Disclaimer:** *Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record*

Skip to main content    State

Exhibit 1
13

3/15/25, 1:29 PM                                    Search | California Secretary of State

**Business**          UCC

Home

Search

Forms

Help

*indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

Citibank ELT Student Loan Corp                                    🔍

Advanced ˅



# No results were found for "Citibank ELT Student Loan Corp"

### Try your search again with different filters or a different search term.

© 2025 CA Secretary of State

**Exhibit 1**
**14**

Business Filing Search

## Business Record Search »

Business Name

ECMC-CA

Search Scope:        Filing Status:        Include Prior Names:

Begins With          Active                Exclude

Please see search results below. For best results, type only a portion of the business name. You may change the search criteria with the options above.

## Search Results

No results match the criteria entered.

© 2025 Office of the Minnesota Secretary of State - Terms & Conditions

The Office of the Secretary of State is an equal opportunity employer

☒ Subscribe for email updates! Vulnerability Disclosure

**Exhibit 1**
**15**

Business Filing Search

## Business Record Search »

**Business Name**

ECMC

Search Scope:
Begins With

Filing Status:
Active

Include Prior Names:
Exclude

Please see search results below. For best results, type only a portion of the business name. You may change the search criteria with the options above.

## Search Results

**Business Name**

### ECMC Education, Inc.                                                          Details

Business Status:          Business Type:                        Name Type:
Active                    Nonprofit Corporation (Foreign)       Home Business Name

### ECMC Education, Inc.                                                          Details

Business Status:          Business Type:                        Name Type:
Active                    Nonprofit Corporation (Foreign)       Minnesota Business Name

### ECMC FOUNDATION                                                              Details

Business Status:          Business Type:                        Name Type:
Active                    Nonprofit Corporation (Foreign)       Minnesota Business Name

### ECMC Group, Inc.                                                             Details

Business Status:          Business Type:                        Name Type:
Active                    Nonprofit Corporation (Foreign)       Minnesota Business Name

**Exhibit 1**

**16**

3/15/25, 1:02 PM

Business Filing Search

## ECMC Holdings Corporation

Details

| Business Status: | Business Type: | Name Type: |
|---|---|---|
| Active | Business Corporation (Foreign) | Minnesota Business Name |

## ECM Construction LLC

Details

| Business Status: | Business Type: | Name Type: |
|---|---|---|
| Active | Limited Liability Company (Domestic) | Minnesota Business Name |

## ECMC SHARED SERVICES COMPANY, LLC

Details

| Business Status: | Business Type: | Name Type: |
|---|---|---|
| Active | Limited Liability Company (Foreign) | Home Business Name |

## ECMC SHARED SERVICES COMPANY, LLC

Details

| Business Status: | Business Type: | Name Type: |
|---|---|---|
| Active | Limited Liability Company (Foreign) | Minnesota Business Name |

© 2025 Office of the Minnesota Secretary of State - Terms & Conditions

The Office of the Secretary of State is an equal opportunity employer

☒ Subscribe for email updates! Vulnerability Disclosure

**Exhibit 1**

**17**

3/15/25, 1:07 PM                                    Search | California Secretary of State

## California
*Secretary of State*          **Business**        UCC                                    [ Login ]

**Home**

# Business Search

**Search**

The California Business Search provides
access to available information for
**corporations, limited liability companies**
and **limited partnerships** of record with the
California Secretary of State, with **free PDF
copies** of over 17 million imaged business
entity documents, including the most recent
imaged Statements of Information filed for
Corporations and Limited Liability
Companies.

**Forms**

**Help**

Currently, information for Limited Liability
Partnerships (e.g. law firms, architecture
firms, engineering firms, public accountancy
firms, and land survey firms), General
Partnerships, and other entity types are **not
contained** in the California Business Search.
If you wish to obtain information about LLPs
and GPs, submit a Business Entities Order
paper form to request copies of filings for
these entity types. Note: This search is not
intended to serve as a name reservation
search. To reserve an entity name, select
Forms on the left panel and select Entity
Name Reservation ? Corporation, LLC, LP.

### Basic Search

A Basic search can be performed using an
entity name or entity number. When
conducting a search by an entity number,
where applicable, **remove "C"** from the
entity number. Note, **a basic search** will
search **only ACTIVE entities**
(Corporations, Limited Liability
Companies, Limited Partnerships,
Cooperatives, Name Reservations,
Foreign Name Reservations,
Unincorporated Common Interest
Developments, and Out of State
Associations). The basic search performs
a contains ?keyword? search. The
Advanced search allows for a ?starts
with? filter. To search entities that have a
status other than active or to refine
search criteria, use the **Advanced** search
feature.

### Advanced Search

An Advanced search is required when
searching for publicly traded disclosure
information or a status other than active.

An Advanced search allows for searching

## THE STUDENT LOAN CORPORATION (1848777)



Request
Certificate

| | |
|---|---|
| Initial Filing Date | 12/22/1992 |
| Status | Forfeited - FTB |
| Standing - SOS | Good |
| Standing - FTB | Not Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Inactive Date | 04/02/2024 |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 2500 LAKE COOK ROAD RIVERWOODS, IL 60015 |
| Mailing Address | 2500 LAKE COOK ROAD RIVERWOODS,IL60015 |
| Statement of Info Due Date | 12/31/2025 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |
| | EMANUEL JACOBO 330 N BRAND BLVD, GLENDALE, CA |
| | GLADYS AGUILERA 330 N BRAND BLVD |

**Exhibit 1**
**18**

3/15/25, 1:07 PM                                Search | California Secretary of State

Business        UCC

Home

Search

Forms

Help

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2) select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

The Student Loan C   🔍

Advanced ⌄

Results: 2

| Entity Information | | Initial Filing Date | | Status |
|---|---|---|---|---|
| The Institute of Student Loan Advisors Corporation (5948456) | > | 10/23/2023 | | Active |
| THE STUDENT LOAN CORPORATION (1848777) | > | 12/22/1992 | | Forfeited - FTB |

## THE STUDENT LOAN CORPORATION (1848777)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 12/22/1992 |
| Status | Forfeited - FTB |
| Standing - SOS | Good |
| Standing - FTB | Not Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Inactive Date | 04/02/2024 |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 2500 LAKE COOK ROAD RIVERWOODS, IL 60015 |
| Mailing Address | 2500 LAKE COOK ROAD RIVERWOODS, IL 60015 |
| Statement of Info Due Date | 12/31/2025 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |
| | EMANUEL JACOBO 330 N BRAND BLVD, GLENDALE, CA |
| | GLADYS AGUILERA 330 N BRAND BLVD |

03/18/2025

**Exhibit 1**
**19**

STATEMENT AND DESIGNATION
BY
FOREIGN CORPORATION

**1848777**

FILED
in the office of the Secretary of State
of the State of California

**DEC 2 2 1992**

*March Fong Eu*

MARCH FONG EU, Secretary of State

---

The Student Loan Corporation ,
(Name of Corporation)

a corporation organized and existing under the laws of The State of Delaware ,
(State or Place of Incorporation)
makes the following statements and designation:

1.  The address of its principal executive office is 99 Garnsey Road, Pittsford, NY 14534

(Insert complete address of principal executive office wherever located.)
**DO NOT USE POST OFFICE BOX**

2.  The address of its principal office in the State of California is 10551

Old Placerville Road, Sacramento, CA 95827
(Insert complete address of principal office in California.)
**DO NOT USE POST OFFICE BOX**

**DESIGNATION OF AGENT FOR SERVICE OF PROCESS WITHIN THE STATE OF CALIFORNIA**

3.  (Use this paragraph if the process agent is a natural person.)

a natural person residing in the State of California, whose complete address is

**DO NOT USE POST OFFICE BOX**

is designated as its agent upon whom process directed to the corporation may be served within the State of California in the manner provided by law.

**(FORM TO BE COMPLETED ON REVERSE SIDE)**

(CALIF. - 1934 - 11/9/90)

03/18/2025

**Exhibit 1**
**20**

4. (Use this paragraph if the process agent is a corporation.)

C T CORPORATION SYSTEM _____, a corporation organized

and existing under the laws of _____ DELAWARE _____ is    designated    as
agent upon whom process directed to the undersigned corporation may be served within
the State of California, in the manner provided by law.

NOTE: Before it may be designated by any foreign corporation as its agent for
service of process, a corporate agent must comply with Section 1505,
California Corporations Code. (See instruction 2.)

5. The undersigned corporation hereby irrevocably consents to service of process
directed to it upon the agent designated above, and to service of process on the
Secretary of State of the State of California if the agent so designated or the
agent's successor is no longer authorized to act or cannot be found at the address
given.

The Student Loan Corporation
_____
(Name of Corporation)

*David Smith*
_____
(Signature of Corporate Officer)

David S. Smith
Assistant Secretary
_____
(Typed Name and Title of Officer Signing)

INSTRUCTIONS:

1. There must be annexed to this statement, a certificate by an authorized public official of the state
or place of incorporation of the corporation, to the effect that the corporation making the statement
is an existing corporation in good standing in that state or place. IF A NONPROFIT CORPORATION IS TO
BE QUALIFIED, the certificate must also indicate that the corporation is a nonstock, nonprofit
corporation.

2. No domestic corporation may be designated as agent for service of process unless it has filed with the
Secretary of State the certificate provided for by Section 1505, California Corporations Code (CCC),
and no foreign corporation may be designated unless it has qualified for the transaction of intrastate
business in California and has filed with the Secretary of State of the State of California the
certificate provided for by Section 1505, CCC. A domestic or foreign corporation must be currently
authorized to engage in business in this State and be in good standing status on the records of the
Secretary of State of the State of California, in order to file a certificate pursuant to this section.
NOTE: A CORPORATION CANNOT ACT FOR ITSELF AS AGENT FOR SERVICE OF PROCESS.

3. If a corporation is required to qualify under a D.B.A. (name other than the true corporate name)
pursuant to Section 2106(b), CCC, then in the first line of this statement set out the correct
corporate name, followed by "which will do business in California as _____," setting
forth the D.B.A. in the space indicated. The D.B.A. should not be set out in connection with the
corporate name anywhere else in the statement.

4. If the corporation changes its name the corporation must file an Amended Statement by Foreign
Corporation. A form may be obtained from the Secretary of State.

**Exhibit 1**

PAGE    1

### State of Delaware

## Office of the Secretary of State

I, MICHAEL RATCHFORD, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE STUDENT LOAN CORPORATION IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE DATE SHOWN BELOW.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.





_Michael Ratchford, Secretary of State_

AUTHENTICATION:    *3704273

DATE:    12/16/1992

722351279

**Exhibit 1**

22

CONSENT TO USE OF NAME

CALIFORNIA STUDENT LOAN FINANCE CORPORATION, a corporation organized under the laws of the State of California, hereby consents to the organization-qualification of THE STUDENT LOAN CORPORATION.

IN WITNESS WHEREOF, the said CALIFORNIA STUDENT LOAN FINANCE CORPORATION has used this consent to be executed by its President and Chief Executive Officer and attested under its corporate seal by its ___A.O.T.___ Secretary, this ___19th___ day of December, 1992.

CALIFORNIA STUDENT LOAN FINANCE CORPORATION

By: _____
Sid Karsh
President and Chief Executive Officer

Attest:

_____

___Act.___ Secretary

[SEAL]

Exhibit 1
23

07-990646



# State of California
## Secretary of State

D

**CORPORATE DISCLOSURE STATEMENT**
(Domestic Stock and Foreign Corporations)

**FILED**
In the office of the Secretary of State
of the State of California

JUN 0 4 2007

There is no fee for filing the Corporate Disclosure Statement.

**IMPORTANT — PLEASE READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

This Space For Filing Use Only

1. CORPORATE NAME

*The Student Loan Corporation*
C1848777

**INDEPENDENT AUDITOR**

2. NAME OF THE INDEPENDENT AUDITOR THAT PREPARED THE MOST RECENT AUDITOR'S REPORT
*KPMG*

3. DESCRIPTION OF OTHER SERVICES, IF ANY, PERFORMED BY THE INDEPENDENT AUDITOR NAMED IN ITEM 2

4. NAME OF THE INDEPENDENT AUDITOR EMPLOYED BY THE CORPORATION ON THE DATE OF THIS STATEMENT, IF DIFFERENT FROM ITEM 2

**DIRECTORS AND EXECUTIVE OFFICERS**

5. NAMES OF DIRECTORS

| | COMPENSATION | SHARES | OPTIONS | BANKRUPTCY | FRAUD |
|---|---|---|---|---|---|
| 1) *Michael Reardon, Chairman, CEO* | 925,000 | (X) | (X) | ☐YES ☑NO | ☐YES ☑NO |
| 2) *Carl E. Levinson* | * | * | * | ☐YES ☑NO | ☐YES ☑NO |
| 3) *Bill Beckmann* | * | * | * | ☐YES ☑NO | ☐YES ☑NO |

IF THE CORPORATION HAS ADDITIONAL DIRECTORS, COMPLETE ITEM B OF THE ATTACHMENT (FORM SI-PTA).

6a. NAMES OF EXECUTIVE OFFICERS

| | COMPENSATION | SHARES | OPTIONS | BANKRUPTCY | FRAUD |
|---|---|---|---|---|---|
| 1) *Christine Homer* | $303,621 | (X) | (X) | ☐YES ☑NO | ☐YES ☑NO |
| 2) *Daniel P. McHugh* | $412,917 | (X) | (X) | ☐YES ☑NO | ☐YES ☑NO |
| 3) *John P. McGinn* | $320,667 | (X) | (X) | ☐YES ☑NO | ☐YES ☑NO |
| 4) *Kurt R. Schneiber* | $535,750 | (X) | (X) | ☐YES ☑NO | ☐YES ☑NO |
| 5) | | | | ☐YES ☑NO | ☐YES ☑NO |

6b. CHIEF EXECUTIVE OFFICER (if not named in 6a)

| | COMPENSATION | SHARES | OPTIONS | BANKRUPTCY | FRAUD |
|---|---|---|---|---|---|
| *named in 5 #1* | | | | ☐YES ☐NO | ☐YES ☐NO |

6c. ADDITIONAL EXECUTIVE OFFICERS (if not named in 6a or 6b)

| | | BANKRUPTCY | FRAUD |
|---|---|---|---|
| 1) | | ☐BANKRUPTCY | ☐FRAUD |
| 2) | | ☐BANKRUPTCY | ☐FRAUD |
| 3) | | ☐BANKRUPTCY | ☐FRAUD |

IF MORE SPACE IS NEEDED, ENTER ADDITIONAL INFORMATION IN ITEM D OF THE ATTACHMENT (FORM SI-PTA).

**LOANS TO MEMBERS OF THE BOARD OF DIRECTORS**

7. NAMES OF DIRECTORS / DESCRIPTION OF LOAN (INCLUDING AMOUNT AND TERMS)

1) *N/A*
2)
3)

IF THE CORPORATION HAS MADE ADDITIONAL LOANS TO DIRECTORS, COMPLETE ITEM C OF THE ATTACHMENT (FORM SI-PTA).

**ADDITIONAL STATUTORY DISCLOSURES**

8. Has an order for relief been entered in a bankruptcy case with respect to the corporation during the preceding 10 years? ☐YES ☑NO

9. Has the corporation or any of its subsidiaries been a party to, or any of their property been subject to, any material pending legal proceedings, as specified by Item 103, Part 229 of SEC Regulation S-K? If yes, attach a description. ☐YES ☑NO

10. Has the corporation been found legally liable in any material legal proceeding during the preceding five years? If yes, attach a description. ☐YES ☑NO

11. By submitting this Corporate Disclosure Statement to the Secretary of State, the corporation certifies the information contained herein, including any attachments, is true and correct.

| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |
|---|---|---|---|
| *Joan Olschewske* | *Joan Olschewske* | *VP* | *4-24-07* |

SI-PT (REV 07/2006)                                    APPROVED BY SECRETARY OF STATE

112

**Exhibit 1**

07-990646



# State of California
## Secretary of State

### ATTACHMENT TO
### CORPORATE DISCLOSURE STATEMENT
(Domestic Stock and Foreign Corporations)

This Space For Filing Use Only

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**A. CORPORATE NAME**

The Student Loan Corporation

**B. ADDITIONAL DIRECTORS** (Continued from Item 5 on Form SI-PT)

| NAMES OF DIRECTORS | COMPENSATION | SHARES | OPTIONS | BANKRUPTCY | FRAUD |
|---|---|---|---|---|---|
| 4) Dr. Evelyn Handler | 107,500 | — | — | ☐YES ☑NO | ☐YES ☑NO |
| 5) Dr. Glenda B. Glover | 117,500 | — | — | ☐YES ☑NO | ☐YES ☑NO |
| 6) Gina Doynow | * | ✳ | ✳ | ☐YES ☑NO | ☐YES ☑NO |
| 7) Rodman L. Drake | 105,000 | — | — | ☐YES ☑NO | ☐YES ☑NO |
| 8) Dr. John Affleck-Graves | 58,984 | — | — | ☐YES ☑NO | ☐YES ☑NO |
| 9) | | | | ☐YES ☐NO | ☐YES ☐NO |
| 10) | | | | ☐YES ☐NO | ☐YES ☐NO |
| 11) | | | | ☐YES ☐NO | ☐YES ☐NO |
| 12) | | | | ☐YES ☐NO | ☐YES ☐NO |
| 13) | | | | ☐YES ☐NO | ☐YES ☐NO |
| 14) | | | | ☐YES ☐NO | ☐YES ☐NO |
| 15) | | | | ☐YES ☐NO | ☐YES ☐NO |
| 16) | | | | ☐YES ☐NO | ☐YES ☐NO |
| 17) | | | | ☐YES ☐NO | ☐YES ☐NO |
| 18) | | | | ☐YES ☐NO | ☐YES ☐NO |

IF THE CORPORATION HAS ADDITIONAL DIRECTORS, ATTACH ADDITIONAL PAGES AS NEEDED.

**C. ADDITIONAL LOANS TO MEMBERS OF THE BOARD OF DIRECTORS** (Continued from Item 7 on Form SI-PT)

| NAMES OF DIRECTORS | DESCRIPTION OF LOAN (INCLUDING AMOUNT AND TERMS) |
|---|---|
| 4) N/A | |
| 5) | |
| 6) | |
| 7) | |
| 8) | |

IF THE CORPORATION HAS MADE ADDITIONAL LOANS TO DIRECTORS, ATTACH ADDITIONAL PAGES AS NEEDED.

**D. ADDITIONAL INFORMATION** (Please reference item number from Form SI-PT or Form SI-PTA, as applicable)

* Please note: These directors are employees of Citigroup and are Compensated by Citigroup (not the Student Loan Corporation.)

✳ Please note: There is no SLC Shares or options provided as Compensation to any SLC officers.

SI-PTA (REV 07/2006)                APPROVED BY SECRETARY OF STATE

2/2

**Exhibit 1**




BA20231608324

B2190-6466 10/19/2023 12:56 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20231608324 |
| Date Filed: 10/19/2023 |

**Entity Details**

| | |
| --- | --- |
| Corporation Name | THE STUDENT LOAN CORPORATION |
| Entity No. | 1848777 |
| Formed In | DELAWARE |

**Street Address of Principal Office of Corporation**

Principal Address          2500 LAKE COOK ROAD
                           RIVERWOODS, IL 60015

**Mailing Address of Corporation**

Mailing Address            2500 LAKE COOK ROAD
                           RIVERWOODS, IL 60015

Attention

**Street Address of California Office of Corporation**

Street Address of California Office          None

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| Timothy J. Schmidt | 2500 Lake Cook Road Riverwoods, IL 60015 | Chief Financial Officer |
| Philip J. Castrogiovanni | 2500 Lake Cook Road Riverwoods, IL 60015 | Secretary |
| Carlos Minetti | 2500 LAKE COOK ROAD RIVERWOODS, IL 60015 | Chief Executive Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Agent for Service of Process**

California Registered Corporate Agent (1505)          C T CORPORATION SYSTEM
                                                      Registered Corporate 1505 Agent

**Type of Business**

Type of Business          Student loan servicing activities

**Email Notifications**

Opt-in Email Notifications          Yes, I opt-in to receive entity notifications via email.

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Page 1 of 2

**Exhibit 1**
**26**

**Electronic Signature**

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Kelly Lettmann*
Signature

*10/19/2023*
Date

B2190-6467 10/19/2023 12:56 PM Received by California Secretary of State

03/18/2025

**Exhibit 1**
**27**

BA20241979481

B3181-0283 11/08/2024 6:11 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20241979481 |
| Date Filed: 11/8/2024 |

**Entity Details**

| | |
| --- | --- |
| Corporation Name | THE STUDENT LOAN CORPORATION |
| Entity No. | 1848777 |
| Formed In | DELAWARE |

**Street Address of Principal Office of Corporation**

| | |
| --- | --- |
| Principal Address | 2500 LAKE COOK ROAD RIVERWOODS, IL 60015 |

**Mailing Address of Corporation**

| | |
| --- | --- |
| Mailing Address | 2500 LAKE COOK ROAD RIVERWOODS, IL 60015 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
| --- | --- |
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| Li Ma | 2500 LAKE COOK ROAD RIVERWOODS, IL 60015 | Chief Financial Officer |
| Daniel P. Capozzi | 2500 LAKE COOK ROAD RIVERWOODS, IL 60015 | Chief Executive Officer |
| Efie Vainikos | 2500 LAKE COOK ROAD RIVERWOODS, IL 60015 | Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| None Entered | |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
| --- | --- |
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM Registered Corporate 1505 Agent |

**Type of Business**

| | |
| --- | --- |
| Type of Business | STUDENT LOAN SERVICING ACTIVITIES |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Labor Judgment**

**Exhibit 1**

28

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Kelly Lettmann*                                              *11/08/2024*

Signature                                                        Date

B3181-0284 11/08/2024 6:11 AM Received by California Secretary of State

**Exhibit 1**
**29**

# History                                                                          ✕

Expand All

◤ Statement of Information  - 11/8/2024

◤ System Amendment - FTB Forfeited  - 4/2/2024

◤ Statement of Information  - 10/19/2023

◤ System Amendment - Penalty Certification - SI  - 8/29/2022

◤ System Amendment - SI Delinquency for the year of 0  - 1/25/2022

◤ System Amendment - SI Delinquency for the year of 0  - 6/14/2013

◤ Publicly Traded Corporate Disclosure Statement  - 6/4/2007

◤ Publicly Traded Corporate Disclosure Statement  - 4/13/2004

◤ System Amendment - Penalty Certification - SI  - 8/19/1998

◤ System Amendment - SI Delinquency for the year of 0  - 5/6/1998

◤ Initial Filing  - 12/22/1992

03/18/2025

**Exhibit 1**
**30**